AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Middle__ District of __Georgia__

| | |
|---|---|
| Lina Posada, et al.<br>Plaintiff (s),<br>V.<br>Parker Promotions, Inc., et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:22-cv-00121-CDL |

Notice is hereby given that, subject to approval by the court, __Plaintiffs__ (Party (s) Name) substitutes __Allison McCarthy__ (Name of New Attorney), State Bar No. __482220__ as counsel of record in place of __Bret Moore__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: The Law Offices of Allie McCarthy
Address: 1055 Prince Avenue Unit 2 Athens, GA 30606
Telephone: 678-637-3201          Facsimile: 888-645-6243
E-Mail (Optional): attorneymccarthy@gmail.com

I consent to the above substitution.
Date: 3/21/2023
_signature_ John V. Golaszewski for Plaintiffs
(Signature of Party (s))

I consent to being substituted.
Date: 3/22/23
_signature_ Bret Moore
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/21/2023
_signature_ Allison McCarthy
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]