IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT GEORIGA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LINA POSADA, ANDRA "ANA" CHERI MORELAND, and ROSA ACOSTA, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No.: 4:22-cv-00121-CDL |
| PARKER PROMOTIONS, INC. d/b/a CLUB FETISH, NICHOLAS PARKER; FLAME INVESTMENTS, INC. d/b/a CLUB FETISH, and CHRISTINE SARKAR, | ) ) ) ) ) ) | **STIPULATION OF DISMISSAL** |
| Defendants. | ) ) ) | |

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the claims of the Plaintiffs: Lina Posada, Andra "Ana" Cheri Moreland, and Rosa Acosta (collectively "Plaintiffs") against the Defendants, Parker Promotions, Inc. d/b/a Club Fetish, Nicholas Parker; Flame Investments, Inc. d/b/a Club Fetish, and Christine Sarkar, (collectively "Defendants") be dismissed with prejudice, without costs, and waiving all rights to appeal.

Respectfully submitted this 8th day of July 2024.

/s/ John V. Golaszewski
John V. Golaszewski*
NY Bar No. 4121091
THE CASAS LAW FIRM, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
(646) 872-3178
john@talentrights.law

*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

/s/ Allison McCarthy
Allison McCarthy
GA. Bar No. 482220
THE LAW OFFICES OF
ALLIE MCCARTHY
1055 Prince Avenue Unite 2
Athens, GA 30606
T: 678.637.3201
attorneymccarthy@gmail.com


*Local Attorneys for Plaintiffs*

/s/ David Sarkan
David Sarkan
Georgia Bar No. 852474
Roy A. Banerjee
Georgia Bar No. 035917
990 Hammond Drive, N.E.
One Lakeside Commons,
Suite 800
Atlanta, Georgia 30328
Telephone: 678.443.2220
Telephone: 678.443.2235
Facsimile: 678.443.2230
dsarkan@kppblaw.com
rbanerjee@kppblaw.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of July 2024, the foregoing was electronically filed with the U.S. District Court Clerk, Middle District of Georgia, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ *John V. Golaszewski*</u>